The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and VALENTINO S.P.A., an Italian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KAITLYN PAN GROUP, LLC f/k/a/ "JANE'S INTERNATIONAL TRADING, LLC", a New York limited liability corporation; HAO PAN, an individual, and JOHN and/or JANE DOES 1-10,<br><br>Defendants. | No. 2:20-cv-00934RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES FOR DEFENDANTS TO RESPOND TO COMPLAINT |

This matter having come on for consideration of Plaintiffs Amazon.com, Inc. and Valentino S.p.A.'s Unopposed Motion to Extend Deadlines for Defendants to Respond to Complaint (the "Motion"):

The Motion is GRANTED.  Defendants Kaitlyn Pan Group, LLC and Hao Pan shall have until October 8, 2020, to respond to Plaintiffs' Complaint.

Dated this 2nd day of September, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DEADLINES FOR DEFENDANTS TO
RESPOND TO COMPLAINT - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By *s/ Bonnie MacNaughton*
Bonnie MacNaughton, WSBA #36110
Nathan Rouse, WSBA #46433
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
        nathanrouse@dwt.com

ARENT FOX LLP
*Attorneys for Plaintiffs*

By *s/ Michelle Mancino Marsh*
Michelle Mancino Marsh (*admitted pro hac vice*)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel: (212) 484-3900
Email: michelle.marsh@arentfox.com

Anthony Lupo (*admitted pro hac vice*)
Katie Heilman (*admitted pro hac vice*)
Laura Zell (*admitted pro hac vice*)
1717 K Street N.W.
Washington, D.C. 20006
Tel: (202) 857-6000
Email: anthony.lupo@arentfox.com
        katie.heilman@arentfox.com
        laura.zell@arentfox.com

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DEADLINES FOR DEFENDANTS TO
RESPOND TO COMPLAINT - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax