The Honorable Ricardo S. Martinez

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   AMAZON.COM, INC., a Delaware corporation;
and VALENTINO S.P.A., an Italian corporation,

10

11                          Plaintiffs,

12          v.

13   KAITLYN PAN GROUP, LLC f/k/a/ "JANE'S
INTERNATIONAL TRADING, LLC", a New
14   York limited liability corporation; HAO PAN, an
individual, and JOHN and/or JANE DOES 1-10,

15

16                          Defendants.

No. 2:20-cv-00934

ORDER GRANTING
UNOPPOSED MOTION TO
EXTEND DEADLINES FOR
DEFENDANTS TO RESPOND TO
COMPLAINT AND DEADLINES
FOR RULE 26(F) CONFERENCE,
INITIAL DISCLOSURES, AND
JOINT STATUS REPORT

17          This matter having come on for consideration of Plaintiffs Amazon.com, Inc. and

18   Valentino S.p.A.'s Unopposed Motion to Extend Deadlines for Defendants to Respond to

19   Complaint and Deadlines for Rule 26(f) Conference, Initial Disclosures, and Joint Status Report

20   (the "Motion"), and for good cause shown, it is hereby ORDERED that:

21          The Motion is GRANTED. Defendants Kaitlyn Pan Group, LLC and Hao Pan shall have

22   until December 4, 2020, to respond to Plaintiffs' Complaint. The parties shall have until: (1)

23   December 21, 2020 to confer under FRCP 26(f); (2) December 28, 2020 to serve initial

24   disclosures under FRCP 26(a)(1); and (3) January 4, 2021 to file a joint status report under

25   FRCP 26(f) and LCR 26(f).

26   \\

27

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DEADLINES - 1
4842-7800-9809v.1 0051461-003279

Dated this 12th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By  *s/ Bonnie MacNaughton*
Bonnie MacNaughton, WSBA #36110
Nathan Rouse, WSBA #46433
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
        nathanrouse@dwt.com

ARENT FOX LLP
*Attorneys for Plaintiffs*

By  *s/ Michelle Mancino Marsh*
Michelle Mancino Marsh (*admitted
pro hac vice*)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel: (212) 484-3900
Email: michelle.marsh@arentfox.com

Anthony Lupo (*admitted pro hac vice*)
Katie Heilman (*admitted pro hac vice*)
Laura Zell (*admitted pro hac vice*)
1717 K Street N.W.
Washington, D.C. 20006
Tel: (202) 857-6000
Email: anthony.lupo@arentfox.com
        katie.heilman@arentfox.com
        laura.zell@arentfox.com

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND DEADLINES - 2
4842-7800-9809v.1 0051461-003279

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax