The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; and VALENTINO S.P.A., an Italian corporation,

Plaintiffs,

v.

KAITLYN PAN GROUP, LLC f/k/a/ "JANE'S INTERNATIONAL TRADING, LLC", a New York limited liability corporation; HAO PAN, an individual, and JOHN and/or JANE DOES 1-10,

Defendants.

No. 2:20-cv-00934 RSM

**ORDER**

This matter having come on for consideration of Plaintiffs Amazon.com, Inc. and Valentino S.P.A.'s Notice of Settlement and Unopposed Motion to Vacate Current Case Schedule, and for good cause shown, it is hereby ORDERED that:

The Motion to Vacate Current Case Schedule is GRANTED. All deadlines established under the current scheduling order are hereby VACATED. Plaintiffs shall file their motion for entry of a consent decree no later than January 20, 2021, or provide the Court with good cause why additional time to do so is required.

Dated this 4th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1
4848-6611-0421v.1 0051461-003279

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | Presented by: |
| 2 | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Plaintiffs* |
| 3 | By  *s/ Bonnie MacNaughton*<br>Bonnie MacNaughton, WSBA #36110 |
| 4 | Nathan Rouse, WSBA #46433 |
| 5 | 920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1604 |
| 6 | Tel: (206) 622-3150<br>Fax: (206) 757-7700 |
| 7 | Email: bonniemacnaughton@dwt.com |
|  |            nathanrouse@dwt.com |
| 8 | |
| 9 | ARENT FOX LLP<br>*Attorneys for Plaintiffs* |
| 10 | |
| 11 | By  *s/ Katie Heilman*<br>Michelle Mancino Marsh (*admitted pro hac vice*) |
| 12 | 1301 Avenue of the Americas, 42nd Floor |
| 13 | New York, NY 10019<br>Tel: (212) 484-3900 |
| 14 | Email: michelle.marsh@arentfox.com |
| 15 | Anthony Lupo (*admitted pro hac vice*)<br>Katie Heilman (*admitted pro hac vice*) |
| 16 | Laura Zell (*admitted pro hac vice*)<br>1717 K Street N.W. |
| 17 | Washington, D.C. 20006<br>Tel: (202) 857-6000 |
| 18 | Email: anthony.lupo@arentfox.com |
| 19 |            katie.heilman@arentfox.com<br>           laura.zell@arentfox.com |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

ORDER - 2
4848-6611-0421v.1 0051461-003279

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax