The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation;
and VALENTINO S.P.A., an Italian corporation

                    Plaintiffs,

          v.

KAITLYN PAN GROUP, LLC f/k/a/ "JANE'S
INTERNATIONAL TRADING, LLC", a New
York limited liability corporation; HAO PAN, an
individual, and JOHN and/or JANE DOES 1-10;

                    Defendants.

No. 2:20-cv-00934

CONSENT DECREE

## CONSENT DECREE

Pursuant to a confidential settlement agreement reached in this matter (the "Settlement Agreement"), the parties have jointly requested entry of this Consent Decree.  Finding that it is in the interests of justice to do so, the Court grants the motion and hereby ORDERS as follows:

1.      Plaintiffs Amazon.com, Inc. ("Amazon") and Valentino S.p.A. ("Valentino") (collectively "Plaintiffs") assert that Defendants Kaitlyn Pan Group, LLC and Hao Pan (collectively "Defendants") have introduced a line of shoes that copy and infringe the design of Valentino's Garavani Rockstud shoes, as described in Plaintiffs' Complaint in this action (the "Infringing Products").  Plaintiffs further assert that Defendants' importation, marketing, offering for sale, and sale of the Infringing Products, through their website www.kaitlynpanshoes.com and on the Amazon store, without authorization from Valentino:  (1) infringes United States Trademark Registration No. 43652864 for ROCKSTUD (the "Valentino Trademark") under § 43(a) of the Lanham Act; (2) infringes United States Design Patent Nos. D818,249, D817,608, D779,796, D835895, D812,354, and D852,473 (the "Valentino Design Patents"); (3) constitutes unfair competition in violation of the Lanham Act and Washington

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    state law, and (4) breaches Amazon's Business Solutions Agreement, including the Amazon

2    Anti-Counterfeiting Policy incorporated therein.

3          2.      Without admitting to any of the assertions in the Complaint, Defendants have

4    agreed, as part of the Settlement Agreement, to the entry of a Consent Decree whereby

5    Defendants:  (a) acknowledge that Valentino owns certain trade dress rights in the design of

6    shoes, handbags, accessories, and other related goods adorned with three-dimensional, square

7    pyramid shaped studs as referenced in the Settlement Agreement (the "Valentino Rockstud

8    Trade Dress"); (b) acknowledge and agree not to challenge that the Valentino Design Patents,

9    Valentino Trademark, and Valentino Rockstud Trade Dress are valid, well-known, and famous;

10   (c) are enjoined from importing, marketing, offering for sale, and selling the Infringing Products

11   and any products bearing, decorated, or adorned with diamond- or square pyramid-shaped studs;

12   (d) acknowledge that Kaitlyn Pan's Trademark Application Serial No. 88/611,397 for ROCK'N

13   STUDS BY KAITLYN PAN has been expressly abandoned and will not be revived; and (e) are

14   enjoined from directly or indirectly through any other party advertising or selling, or attempting

15   to advertise or sell any goods or services of any type on Amazon.com without the prior written

16   consent of Amazon Legal.

17         3.      Accordingly, the Court ORDERS that Defendants, their owners, members,

18   employees, agents, predecessors, successors, transferees, assigns, and other representatives are

19   permanently enjoined and restrained from:  (a) selling, offering for sale, advertising, marketing,

20   shipping, transmitting, or distributing to Amazon, or to any other person or entity through any of

21   Amazon's websites, any product or service without the prior written consent of Amazon Legal;

22   (b) applying for, opening, operating, controlling, or using any Amazon seller or vendor account,

23   or applying for or participating in any Amazon Affiliate Program without the prior written

24   consent of Amazon Legal; (c) manufacturing, distributing, offering to sell, or selling Infringing

25   Products and any products bearing, decorated, or adorned with diamond- or square pyramid-

26   shaped studs; (d) applying to the U.S. Patent & Trademark Office for a mark containing or

27

CONSENT DECREE
(No. 2:20-cv-00934-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

comprised of the words "rock" and "stud"; and (e) assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities listed above.

4.      All claims against Defendants are dismissed with prejudice.  Notwithstanding the dismissal of this action, the parties further agree that this Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Consent Decree and the Settlement Agreement entered into in connection herewith.

5.      Each party shall bear its attorney fees and costs incurred in connection with this matter.

**IT IS SO ORDERED.**


DATED: _____, 2021


_____
The Honorable Ricardo S. Martinez
United States District Judge

CONSENT DECREE
(No. 2:20-cv-00934-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1
2

**DAVIS WRIGHT TREMAINE LLP**
*Attorneys for Plaintiffs Amazon.com, Inc. and Valentino S.P.A.*

3

By  */s/ Bonnie E. MacNaughton*
Bonnie E. MacNaughton, WSBA #36110
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com

4
5
6
7

**ARENT FOX LLP**
*Attorneys for Plaintiffs Amazon.com, Inc. and Valentino S.P.A.*
Michelle Mancino Marsh
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel: (212) 484-3900
Email: michelle.marsh@arentfox.com

8
9
10
11

Anthony Lupo
Katie Heilman
Laura Zell
1717 K Street N.W.
Washington, D.C. 20006
Tel: (202) 857-6000
Email: anthony.lupo@arentfox.com
          katie.heilman@arentfox.com
          laura.zell@arentfox.com

12
13
14
15
16
17

**MAURIEL KAPOUYTIAN WOODS**
*Attorneys for Defendants Kaitlyn Pan Group, LLC and Hao Pan*

18

By  */s/ Hui Liu*
Hui Liu
Marc J. Pernick
15 W. 26th Street, Seventh Floor
New York, NY 10010
Tel: (212) 529-5131
Fax: (212) 529-5132
Email:  hliu@mkwllp.com
          mpernick@mkwllp.com

19
20
21
22
23
24
25
26
27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax